# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NURUDEEN MOHAMMED,<br><br>Defendant. | CASE NO.<br><br>JUDGE<br><br>**INDICTMENT**<br><br>18 U.S.C. § 371<br>18 U.S.C. § 922(a)(6)<br><br>**FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES**:

## COUNT 1
### (Conspiracy to Commit an Offense Against the United States)

From in or around 2020, through at least in or around July, 2025, the exact dates being unknown, in the Southern District of Ohio and elsewhere, the Defendant, **NURUDEEN MOHAMMED**, knowingly and intentionally conspired and agreed with others, known and unknown to the Grand Jury, to commit an offense against the United States, that is, to make a false statement in connection with the acquisition of a firearm, in violation of Title 18, United States Code, Section 922(a)(6).

**In violation of 18 U.S.C. § 371.**

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in this Information, the Defendant, **NURUDEEN MOHAMMED**, shall forfeit to the United States, in accordance with 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in such violation, including but not limited to the following firearms:

- a Taurus, model G3C, 9mm, semi-automatic pistol, with serial number ACN754848;

- a Sarsilmaz, model ST9-S, 9mm, semi-automatic pistol, with serial number T1102-21BT50659;

- a HiPoint, model C9, 9mm, semi-automatic pistol, with serial number P10148102;

- a Smith & Wesson, model SD9, 9mm, semi-automatic pistol, with serial number FDZ0925; and

- a Salsilmaz, model SAR 9, 9mm, semi-automatic pistol, with serial number T1102-21BV93664.

**Forfeiture notice pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.**

A TRUE BILL.

s/ Foreperson
FOREPERSON

**DOMINICK S. GERACE II**
**UNITED STATES ATTORNEY**

*[signature]*

**S. COURTER SHIMEALL (OH 0090514)**
**ASSISTANT UNITED STATES ATTORNEY**